UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEI CHUB,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>　　　　Respondents. | No. 1:25-cv-01321-CDB (HC)<br><br>ORDER GRANTING CONSTRUED REQUEST TO EXTEND PETITIONER'S TIME TO FILE TRAVERSE<br><br>(Doc. 12)<br><br>**February 5, 2026, Deadline** |

Petitioner Aleksei Chub ("Petitioner"), a federal detainee, proceeds pro se and *in forma pauperis* with a petition for writ of habeas corpus filed under 28 U.S.C. § 2241. (Doc. 1). On October 6, 2025, Petitioner filed the instant petition while in custody of the Immigration and Customs Enforcement ("ICE") at the Golden State Annex, located in McFarland, California. *Id.* Petitioner is currently in the custody of ICE at the Golden State Annex. *Id.* On October 16, 2025, the Court set a briefing schedule on Petitioner's petition and directed Respondents to file a response to the petition within 45 days of service of the order and for Petitioner to file his traverse to any answer or opposition to any motion to dismiss within 30 days from the date of Respondents' filing. (Doc. 4). On December 1, 2025, Respondents filed a response to the petition.

Pending before the Court is Petitioner's construed motion for an extension of time to file his traverse, filed on December 29, 2025. (Doc. 12). Petitioner represents that when he was undergoing transfers between the ICE office in Fresno, California, and Golden State Annex, he

mailed some documents to his family in the United States and destroyed the remaining materials in his possession as he invoked his "right not to incriminate" himself. *Id.* at 1. Petitioner represents that following the Ninth Circuit's grant of his motion for a stay of removal, he was returned to Golden State Annex, which is where he currently resides. *Id.* Petitioner requests additional time to retrieve his documents from his family via U.S. Postal Service and to file his traverse. *Id.*

Based on Petitioner's representations, the Court finds good cause to grant Petitioner's construed request for an extension of time to file his traverse by an additional 30 days to February 5, 2026.

### Conclusion and Order

Accordingly, IT IS HEREBY ORDERED that Petitioner shall file any traverse on or before **February 5, 2026**.

If Petitioner fails to timely file a traverse, the merits of the petition shall be deemed submitted on the current record.

IT IS SO ORDERED.

Dated: __December 31, 2025__            _____
                                         UNITED STATES MAGISTRATE JUDGE