# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**ALEKSEI CHUB ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:25−CV−01321−CDB**

v.

**WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/27/2026 .**

ENTERED:  **January 27, 2026**      /s/  **Keith Holland**
                                    Clerk of Court